UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
-------------------------------------------------------------------X
MARGARET PANDOLFI,

                      Plaintiff,

  -against-

RESIDENCE INN BY MARRIOTT, LLC,
CRESCENT HOTELS & RESORTS, LLC,
and MAGIC BURGERS, LLC, d/b/a
BURGER KING # 16558,

                      Defendants.
-------------------------------------------------------------------X

Case No:

Assigned Judge:

**Jury Trial Demanded**

## COMPLAINT AND JURY DEMAND

Plaintiff, MARGARET PANDOLFI, by and through her attorneys, Hairston & Crooks Legal Group, as and for her complaint against Defendants, RESIDENCE INN BY MARRIOTT, LLC., CRESCENT HOTELS & RESORTS, LLC., and MAGIC BURGERS, LLC, d/b/a BURGER KING # 16558 (Hereinafter "Defendants"), alleges as follows:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 and the Plaintiff seeks damages in excess of $75,000.00.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(d).

3. Plaintiff requests Trial by jury.

### PARTIES

4. Plaintiff, MARGARET PANDOLFI, is over 18 years of age and resides in the County of Rockland, State of New York.

5. The Defendant, RESIDENCE INN BY MARRIOTT, LLC, is a Delaware limited liability company authorized to do business in the State of Florida and owns and operates a hotel located at 8959 Astronaut Blvd., Cape Canaveral, Florida 32920.

6. The Defendant, CRESCENT HOTELS & RESORTS, LLC., is a Delaware limited liability company authorized to do business in the State of Florida and operates and/or manages the Marriott Hotel located at 8959 Astronaut Blvd., Cape Canaveral, Florida 32920.

7. The Defendant, MAGIC BURGERS, LLC., is a Texas limited liability company authorized to do business in the State of Florida, and owns and operates BURGER KING # 16558, located at 8939 Astronaut Blvd., Cape Canaveral, Florida 32920.

## FACTUAL ALLEGATIONS

8. That on February 15, 2019, Plaintiff, MARGARET PANDOLFI, was a lawful guest at the RESIDENCE INN AT THE MARRIOTT, located at 8959 Astronaut Blvd., Cape Canaveral, Florida 32920.

9. That on February 15, 2019, in the afternoon, Plaintiff was walking on the walkway leading to the hotel and adjacent to a Burger King restaurant when she was caused to trip and fall due to an uneven and cracked surface.

10. That the hotel has denied liability, asserting that the Plaintiff fell on the property of BURGER KING, located at 8939 Astronaut Blvd., Cape Canaveral, Florida.

11. That Plaintiff tripped and fell on the walkway adjacent to Burger King #16558, 8939 Astronaut Blvd., Cape Canaveral, Florida, owned and operated by the Defendant, MAGIC BURGERS, LLC.

12. That the Plaintiff tripped and fell on the walkway leading to the hotel and adjacent to Burger King on the property of 8959 or 8939 Astronaut Blvd, Cape Canaveral, Florida 32920, due the walkway being uneven and cracked.

13. That on February 15, 2019, the Defendant, RESIDENCE INN AT THE MARRIOTT, maintained the premises and walkway located at 8959 Astronaut Blvd., Cape Canaveral, Florida 32920.

14. That on February 15, 2019, the Defendant, RESIDENCE INN AT THE MARRIOTT, managed the aforesaid premises and walkway.

15. That on February 15, 2019, the Defendant, RESIDENCE INN AT THE MARRIOTT, controlled the aforesaid premises and walkway.

16. That on February 15, 2019, the Defendant, RESIDENCE INN AT THE MARRIOTT, operated the aforesaid premises and walkway.

17. That on February 15, 2019, the Defendant, CRESCENT HOTELS & RESORTS, LLC, maintained the premises and walkway located at 8959 Astronaut Blvd., Cape Canaveral, Florida 32920.

18. That on February 15, 2019, the Defendant, CRESCENT HOTELS & RESORTS, LLC., managed the aforesaid premises and walkway.

19. That on February 15, 2019, the Defendant, CRESCENT HOTELS & RESORTS, LLC., controlled the aforesaid premises and walkway.

20. That on February 15, 2019, the Defendant, CRESCENT HOTELS & RESORTS, LLC., operated the aforesaid premises and walkway.

21. That on February 15, 2019, the Defendant, MAGIC BURGERS, LLC., d/b/a BURGER KING # 16558, maintained the premises and walkway located at 8939 Astronaut Blvd., cape Canaveral, Florida 32920.

22. That on February 15, 2019, the Defendant, MAGIC BURGERS, LLC, d/b/a BURGER KING # 16558, managed the aforesaid premises and walkway.

23. That on February 15, 2019, the Defendant, MAGIC BURGERS, LLC., d/b/a BURGER KING #16558, controlled the aforesaid premises and walkway.

24. That on February 15, 2019, the Defendant, MAGIC BURGERS, LLC, d/b/a BURGER KING # 16558, operated the aforesaid premises and walkway.

## COUNT I - NEGLIGENCE

25. All of the foregoing allegations are incorporated at this point as though fully set forth in detail.

26. That the Defendants, their agents, servants and/or employees were negligent, wanton, reckless and careless in, among other things, allowing, causing, and/or permitting dangerous, hazardous, and/or unsafe conditions to exist on the aforesaid premises.

27. That the Defendants, their agents, servants and/or employees had actual and/or constructive notice of the dangerous and/or defective condition in that the condition existed for a sufficient length of time prior to the happening of the incident and in the exercise of reasonable care, the Defendants could have and should have had knowledge and notice thereof, and the Defendants, their agents, servants and/or employees created said condition.

28. Defendants had a duty to maintain their business premises in a reasonably safe condition, a duty to take steps reasonably calculated to remove the unsafe and dangerous condition, and a duty to warn its business invitees of the aforesaid dangerous and hazardous condition.

29. Defendants breached their duties delineated hereinabove proximately causing Plaintiff to suffer permanent bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the enjoyment of life, expense of hospitalization and medical care and treatment.

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff, MARGARET PANDOLFI, prays for Judgment in her favor and against the Defendants as follows:

a. An award of damages which will fully and fairly compensate Plaintiff for her severe and permanent personal injuries, past, present and future pain and suffering; past, present and future medical expense and costs.

b. Granting such other and further relief as to the Court seems just and proper, including injunctive and declaratory relief.

## JURY DEMAND

Plaintiff demands a jury of six persons for all claims stated herein.

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Complaint:  (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Dated:  February 15, 2023

Respectfully submitted,

By:  /s/ Shawn L.M. Hairston
Shawn L.M. Hairston, Sr., Esq.
FBN:  110046
Duane A. Crooks, Esq.
FBN:  672841
**Hairston & Crooks Legal Group**
66 West Flagler St., Suite 900
Miami, FL 33130
Phone: 786-744-3303
Email: SHairston@HCLegalGroup.com
          DCrooks@HCLegalGroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 15, 2023 the foregoing was filed with the Clerk of the Court for the United States District Court, Middle District of Florida, by using the CM/ECF system to all counsel of record.

By: /s/Shawn L.M. Hairston
    Shawn Hairston
    Hairston & Crooks Legal Group